FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 03, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:19-CR-0147-WFN-1 |
|---|---|
| Plaintiff, | ORDER DISMISSING INDICTMENT |
| -vs- | |
| ELEUTERIO VASQUEZ-DE JESUS, | |
| Defendant. | |

Pending before the Court is the Government's Motion for Order of Dismissal pursuant to Rule 48(a). ECF No. 36. The Court has reviewed the file and Motions and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The Government's Motion for Order of Dismissal pursuant to Rule 48(a), filed January 30, 2020, **ECF No. 36**, is **GRANTED**.

2. The Indictment is **DISMISSED WITHOUT PREJUDICE**.

3. The Government's Motion to Expedite Hearing, filed January 30, 2020, **ECF No. 37**, is **GRANTED**.

4. All other pending motions are **MOOT**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 3rd day of February, 2020.

01-31-20

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING INDICTMENT